ANTHONY COSTARO et al., Respondents, *v.* JOSEPH SIMONS, as President of Newspaper and Mail Deliverers' Union of New York and Vicinity, Defendant, and ROCKAWAY NEWS SUPPLY Co., INC., Appellant. (Appeal No. 1.)

Submitted May 14, 1951; decided May 24, 1951.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 302 N. Y. 318.]

MAMIE L. FERRAIOLO, Respondent, *v.* WILLIAM O'DWYER et al., as Members of the Board of Estimate of the City of New York, Constituting the Trustees of the New York City Employees' Retirement System, Appellants.

Submitted May 14, 1951; decided May 24, 1951.

Motion for reargument and to clarify the opinion denied, with $10 costs and necessary printing disbursements. [See 302 N. Y. 371.]

HAROLD E. GRIFFIN, Respondent, *v.* LAMPORT REALTY COMPANY, INC., Appellant, et al., Defendants.

Submitted May 14, 1951; decided May 24, 1951.

Motion to amend the remittitur denied, with $10 costs and necessary printing disbursements. [See 302 N. Y. 728.]